SAMUEL FRIEDMAN, Appellant and Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents and Appellants.

Argued May 17, 1939; decided May 31, 1939.

*Wilfred S. Stachenfeld, Jacob J. Sachs* and *A. Alan Reich* for plaintiff, appellant and respondent.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Albert Cooper* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs. Question certified as to first defense answered in the affirmative. Question certified as to second defense answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.